UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY                    12-9099

Magistrate Case No. 1581731(A)
1581730(A)

UNITED STATES OF AMERICA ]
]
v. ]
]
DAVIS, RICHARD ]       C O M P L A I N T
]       Offense on a Federal Reservation

BEFORE the **Honorable Anthony R. Mautone,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdeameanor offenses against the laws of the United States on a Federal reservation under the provisions of 32 CFR 634.25 (f), personally appeared this day **Captain Brian Peterson,** Special Assistant U.S. Attorney, 87th ABW/JA, Joint Base/McGuire-Dix-Lakehurst, New Jersey, who, under oath charges that:

On or about the **17th day of April 2012**, at Joint Base/McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**RICHARD DAVIS** did commit,

Possession of CDS in a motor vehicle in violation of NJSA 39:4-49.1 and

Possession of Certain Prescription Drugs in violation of NJSA 2C:35-24

The name of the Complainant is **Captain Brian Peterson**

_____
**Special Assistant United States Attorney**

SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, AT FORT DIX, NEW JERSEY, ON THIS 14TH day of JUNE 2012.

_____
HONORABLE ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE

6/14/12  NK 8/2/12